# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY GRACE MARIE MARAGLINO,<br><br>Plaintiff,<br><br>v.<br><br>J. ESPINOSA, et al.,<br><br>Defendants. | Case No.: 1:17-cv-01535-BAM (PC)<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE<br><br>(ECF No. 2)<br><br>ORDER TO SUBMIT PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN **FORTY-FIVE (45) DAYS** |

Plaintiff Dorothy Grace Marie Maraglino ("Plaintiff") is a state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on November 17, 2017, together with a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2.)

Plaintiff's application to proceed in forma pauperis form is incomplete. There is no certified copy of Plaintiff's trust account statement for the past six months attached to the application, nor is the application dated, signed, or filled-out by an authorized officer of the correctional institution. Plaintiff must submit a completed form if she wishes for the application to be considered.

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED, without prejudice;

2. The Clerk of the Court is directed to serve this order and a blank IFP application for a prisoner on Plaintiff;

3. Within **forty-five (45) days** from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

4. No extension of time will be granted without a showing of good cause; and

5. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated: **November 20, 2017**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE